UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David Levin, an individual, on his own behalf on behalf of all others similarly situated,

                Plaintiff(s),

v.

Citibank, N.A.

                Defendant(s).

CASE NO. C09-00350

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

RECEIVED APR - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Debra Bogo-Ernst , an active member in good standing of the bar of State of Illlinois, Supreme Court (particular court to which applicant is admitted) whose business address and telephone number is 71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7403
Debra Bogo-Ernst , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Citibank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: April 6, 2009

                                              United States District Judge