United States District Court
For the Northern District of California

RECEIVED

MAY -8 PH 3:28

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LEVIN, individually and on behalf of a class of similarly situated individuals,

        Plaintiff,

    v.

CITIBANK, N.A., a national banking association,

        Defendant.

CASE NO. C09-00350

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael J. McMorrow , whose business address and telephone number is
KamberEdelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370

and who is an active member in good standing of the bar of    Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing    Plaintiff David Levin

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  May 15, 2009

United States  District  Judge