IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LEVIN, individually and on behalf of a class of similarly situated individuals,

    Plaintiff,

v.

CITIBANK, N.A., a national banking association,

    Defendant.

CASE NO. C09-00350

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jay Edelson, whose business address and telephone number is
KamberEdelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370

and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff David Levin

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 15, 2009

_____
United States District Judge