Lucia Nale, Esq. (*Pro Hac Vice*)
Debra Bogo-Ernst, Esq. (*Pro Hac Vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 782-0600
Fax:  (312) 701-7711
DErnst@mayerbrown.com
LNale@mayerbrown.com

William I. Edlund, Esq. (State Bar No. 20513)
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 956-1900
Fax:  (415) 956-1152
bedlund@bztm.com

Attorneys for Defendant CITIBANK, N.A.

Mr. David C. Parisi, Esq. (State Bar No. 162248)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA  91403
dcparisi@msn.com

Attorneys for Plaintiff, DAVID LEVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>　　　　Defendant. | Case No. C09-00350-MMC<br><br>[PROPOSED] ORDER AND STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE AND REPLY TO OPPOSITION, AND TO CONTINUE HEARING ON MOTIONS ; CONTINUING CASE MANAGEMENT CONFERENCE<br>Date:　　July 17, 2009<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Maxine M. Chesney<br><br>Complaint filed:　January 26, 2009 |

-1-

2267.000/419663.1

1   Defendant CITIBANK, N.A. having filed its Motion to Dismiss Each Claim and
2   All of the Claims in Plaintiff's Complaint and its Motion to Strike Certain Allegations in
3   Plaintiff's Complaint on June 5, 2009, noticing said motions for hearing at 9:00 a.m. on July 17,
4   2009 and plaintiff David Levin having requested an extension of time to file his oppositions to the
5   motions which oppositions are scheduled to be filed on June 26 and defendant's reply to plaintiff's
6   opposition scheduled to be filed no later than July 2, 2009; and

7   WHEREAS, defendant's motions raise numerous issues and a variety of challenges
8   to the putative class action Complaint which counsel agree are important to the future course of
9   this litigation, and have significant impact upon the claims alleged by plaintiff; and

10  WHEREAS, plaintiff and defendant agree that additional time is necessary to
11  analyze completely and present all of the relevant authorities and arguments to the Court on these
12  issues, and that it is critically important that the Court be fully informed by written briefs before
13  oral argument and hearing these challenges to the Complaint; and

14  WHEREAS, plaintiff and defendant have conferred to determine the necessary time
15  for research, analysis and presentation of the arguments and authorities and have concluded that
16  such time requires extensions of time for plaintiff to file its opposition to defendant's motion to be
17  extended an additional 28 days to July 24, 2009 and defendant's reply to plaintiff's opposition to
18  be extended an additional 20 days until August 13 which would permit the Court to hear these
19  motions on August 28, 2009; and

20  WHEREAS, no prior extensions of time with respect to the responses and replies on
21  the responses and replies due on the motions have been granted.

22  WHEREFORE, plaintiff David Levin and defendant Citibank, N.A. hereby:
23  (1) stipulate pursuant to Civil L.R. 6-1(b) and 7-3 to extend the time for plaintiff to file its
24  opposition to defendant's Motion to Dismiss Each Claim and All of the Claims in Plaintiff's
25  Complaint and Defendant's Motion to Strike Certain Allegations in Plaintiff's Complaint for 28
26  days from the present June 26, 2009 until July 24, 2009 and to extend the time for defendant to

1  reply for 20 days from the present scheduled July 2, 2009 until August 13, 2009; and (2) request
2  the Court to continue the hearing on the motions from 9:00 a.m. on July 17, 2009 to 9:00 a.m. on
3  August 28, 2009.

5  DATED:  June 25, 2009

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
William I. Edlund
Attorneys for Defendant CITIBANK, N.A.

PARISI & HAVENS LLP

By _____
David C. Parisi
Attorneys for Plaintiff DAVID LEVIN

IT IS SO ORDERED.
Further, the Case Management Conference is CONTINUED from August 7, 2009 to September 25, 2009.

Dated: _June 26, 2009_____     _____
United States District Court

-3-

[PROPOSED] ORDER AND STIPULATION FOR EXTENSION OF TIME
Case No.C09-00350-MMC

2267.000/419663.1