Ethan Preston (SBN 263295)
Preston Law Offices, LLC
1658 North Milwaukee, #253
Chicago, IL 60647
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | No. 09-00350 ~~(EMC)~~   MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW** |

Ethan Preston's Motion to Withdraw came ~~on for hearing~~ before this Court, and all parties being represented by counsel. The Court having reviewed the Motion, and after consideration of all papers filed by the parties, and all other matters presented to the Court, the Court finds that it should grant the Motion. IT IS HEREBY ORDERED THAT Movant Ethan Preston's request for waiver of oral argument is GRANTED, the Motion for Leave to Withdraw is GRANTED, and Movant is terminated as counsel in this proceeding by this Order.

Dated:  July 27, 2009

*[signature]*
Hon. Maxine M. Chesney
United States District Judge