Lucia Nale, Esq. (*Pro Hac Vice*)
Debra Bogo-Ernst, Esq. (*Pro Hac Vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
DErnst@mayerbrown.com
LNale@mayerbrown.com

William I. Edlund, Esq. (State Bar No. 20513)
Howard I. Miller, Esq. (State Bar No. 251878)
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Fax: (415) 956-1152
bedlund@bztm.com
hmiller@bztm.com

Attorneys for Defendant CITIBANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | Case No. C09-00350-MMC<br><br>**REQUEST AND [PROPOSED] ORDER FOR DEFENDANT'S CHICAGO COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE ON DECEMBER 4, 2009**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed: January 26, 2009 |

-1-

2267.000/432051.1     REQUEST AND [PROPOSED] ORDER FOR CHICAGO COUNSEL TO APPEAR TELEPHONICALLY AT CMC -- DECEMBER 4, 2009 -- Case No. C09-00350-MMC

Defendant Citibank, N.A. ("Citibank") is represented by San Francisco counsel and Chicago counsel. William I. Edlund will appear personally at the Case Management Conference scheduled for Friday, December 4, 2009 at 10:30 a.m. Citibank requests that Chicago counsel Debra Bogo-Ernst be permitted to appear on behalf of Citibank by telephone. Plaintiff's counsel has no objection to Chicago counsel for Citibank appearing at the Case Management Conference by telephone.

DATED: November 24, 2009

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
Howard I. Miller
Attorneys for Defendant CITIBANK, N.A.

IT IS SO ORDERED, provided local counsel is prepared to discuss all issues raised by the Joint Case Management Statement.
~~November ___, 2009~~
Dated: December 1, 2009

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE