Lucia Nale, Esq. (*Pro Hac Vice*)
Debra Bogo-Ernst, Esq. (*Pro Hac Vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
DErnst@mayerbrown.com
LNale@mayerbrown.com

William I. Edlund, Esq. (State Bar No. 20513)
Howard I. Miller, Esq. (State Bar No. 251878)
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Fax: (415) 956-1152
bedlund@bztm.com
hmiller@bztm.com

Attorneys for Defendant CITIBANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | Case No. C09-00350-MMC<br><br>**NOTICE OF STIPULATION AND STIPULATION TO WITHDRAW AS COUNSEL FOR CITIBANK, N.A. AND [PROPOSED] ORDER**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed: January 26, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT:** Bartko, Zankel, Tarrant & Miller (hereinafter "Bartko") hereby moves the Court to withdraw as counsel of record for Defendant Citibank, N.A., pursuant to the following stipulation. This stipulation is based upon Local Rule 11-5, subsection (C)(5) of Rule 3-700 of the California rules of Professional Conduct, and the consent of Citibank.

WHEREAS, Local Rule 11-5 allows for withdrawal as counsel by order of Court after written notice has been given reasonably in advance to the client and all other parties who have appeared in the case. Civil L.R. 11-5(a);

-1-

| | |
|---|---|
| 1 | WHEREAS, the Court has previously held that the standards of professional |
| 2 | conduct required of members of the California State Bar govern the conduct and ability of counsel |
| 3 | to withdraw. *Elan Transdermal Ltd. v. Cygnus Therapeutic Sys.*, 809 F.Supp. 1383, 1387 (N.D. |
| 4 | Cal. 1992); |
| 5 | WHEREAS, the California Rules of Professional Conduct permits withdrawal |
| 6 | where "[t]he client knowingly and freely assents to termination of the employment." California |
| 7 | Rule of Professional Conduct 3-700(C)(5); |
| 8 | WHEREAS, Bartko has requested that Citibank permit its withdrawal as counsel of |
| 9 | record to avoid a potential conflict that has arisen in connection with another engagement; |
| 10 | WHEREAS, Citibank has knowingly and freely consented to the withdrawal of |
| 11 | Bartko as its counsel of record; |
| 12 | WHEREAS, the law firm of Mayer Brown, LLP has represented Citibank since the |
| 13 | inception of this litigation and will continue to represent Citibank with the assistance of its Los |
| 14 | Angeles office; and |
| 15 | IT IS HEREBY STIPULATED AND AGREED by Citibank, Bartko and Levin that |
| 16 | Bartko shall withdraw from this litigation as counsel of record for Citibank. |

DATED: March 11, 2010

                                            Mayer Brown LLP

                                            By:    //s// Debra Bogo-Ernst
                                                             Debra Bogo-Ernst
                                            Attorneys for Defendant CITIBANK, N.A.

//

//

-2-

2267.000/442580.1    NOTICE OF STIPULATION AND STIPULATION TO WITHDRAW AS COUNSEL
FOR CITIBANK, N.A. AND [PROPOSED] ORDER -- Case No. C09-00350-MMC

| | |
|---|---|
| 1 | DATED: March 11, 2010 |
| 2 | |

                                      BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By     //s// Howard I. Miller
            Howard I. Miller
Attorneys for Defendant CITIBANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED

    The law firm of Bartko, Zankel, Tarrant & Miller is withdrawn as counsel of record for Citibank.

DATED: March 12, 2010

By _____
Honorable Maxine M. Chesney
United States District Judge

-3-

2267.000/442580.1     NOTICE OF STIPULATION AND STIPULATION TO WITHDRAW AS COUNSEL
FOR CITIBANK, N.A. AND [PROPOSED] ORDER -- Case No. C09-00350-MMC