Lucia Nale, Esq. (*Pro Hac Vice*)
Debra Bogo-Ernst, Esq. (*Pro Hac Vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
DErnst@mayerbrown.com
LNale@mayerbrown.com

William I. Edlund, Esq. (State Bar No. 20513)
Howard I. Miller, Esq. (State Bar No. 251878)
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Fax: (415) 956-1152
bedlund@bztm.com
hmiller@bztm.com

Attorneys for Defendant CITIBANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | Case No. C09-00350-MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST OR SECOND AMENDED COMPLAINT (L.R.6-2; L.R. 7-12)** AND ORDER THEREON<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed: January 26, 2009 |

**IT IS HEREBY STIPULATED** by the parties hereto, through their attorneys of record, pursuant to Civil L.R. 6-2 and Civil. L.R. 7-12, and supported by the attached Declaration of Debra Bogo-Ernst, that Defendant Citibank, N.A. has 30 days within which to move, answer or otherwise respond to the operative complaint, after the later of:

-1-

(1) the issuance of an Order granting or denying plaintiff's motion for leave to amend; or

(2) if the Court grants the motion for leave to amend, the filing of plaintiff's Second Amended Complaint.

IT IS SO STIPULATED

DATED: March 5, 2010

> BARTKO, ZANKEL, TARRANT & MILLER
> A Professional Corporation
>
> By _____
> Howard I. Miller
> Attorneys for Defendant CITIBANK, N.A.

DATED: March 5, 2010

> EDELSON MCGUIRE LLP
>
> By /s/ Michael McMorrow
> Michael McMorrow, Admitted *pro hac vice*
> Attorneys for Plaintiff David Levin

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __March 12__, 2010

_____
Honorable Maxine M. Chesney
United States District Judge