Lucia Nale, Esq. (*Pro Hac Vice*)
Debra Bogo-Ernst, Esq. (*Pro Hac Vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
DErnst@mayerbrown.com
LNale@mayerbrown.com

William I. Edlund, Esq. (State Bar No. 20513)
Howard I. Miller, Esq. (State Bar No. 251878)
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900
Fax: (415) 956-1152
bedlund@bztm.com
hmiller@bztm.com

Attorneys for Defendant CITIBANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVIN, an individual, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | Case No. C09-00350-MMC<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE (CIV. L.R. 16-2(e); CIV. L.R. 7-12) AND [PROPOSED] ORDER**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed: January 26, 2009 |

WHEREAS, a Case Management Conference is scheduled in this case for March 19, 2010 and a Joint Case Management Statement is due to be filed on March 12, 2010;

WHEREAS, the plaintiff has indicated that he intends to file a motion for leave to file an amended complaint, and the parties stipulated to an extension of defendant's time to respond to plaintiff's First or Second Amended Complaint (Dkt. No: 80);

-1-

WHEREAS, a Motion to Consider Whether Cases Should be Related (Dkt. No: 78) has been filed with respect to *Winkler v. Citigroup*, 3:10-CV-00572-MEJ recently transferred to this Court by the Court in the Central District of California and, if the cases are determined to be related by this Court, additional parties will be appearing in this matter and will be required to comply with this Court's Case Management Orders and Civil L.R. 16-2; and

WHEREAS, Debra Bogo-Ernst, counsel for Citibank who has handled all hearings and appearances in this matter to date, cannot travel to California on March 19, 2010 for the Case Management Conference due to a health issue and respectfully requests a continuance;

THEREFORE, IT IS STIPULATED by the parties hereto, through their attorneys of record, pursuant to Civil L.R. 16-2(e) and Civil. L.R. 7-12, that:

The Case Management Conference on the Court calendar for March 19, 2010 is continued until April 23, 2010 and a Joint Case Management Statement shall be filed on or before April 16, 2010.

IT IS SO STIPULATED

DATED: March 10, 2010

    BARTKO, ZANKEL, TARRANT & MILLER
    A Professional Corporation

    By /s/ Howard I. Miller
        Howard I. Miller
    Attorneys for Defendant CITIBANK, N.A.

DATED: March 10, 2010

    EDELSON MCGUIRE LLP

    By /s/ Michael McMorrow
        Michael McMorrow, Admitted *pro hac vice*
    Attorneys for Plaintiff David Levin

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: March 12, 2010

    _____
    Honorable Maxine M. Chesney
    United States District Judge

-2-

STIPULATION AND REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER
Case No. C09-00350-MMC

2267.000/442449.1