Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*
(Additional counsel appear on the signature page)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | Case No. C 09-0350 MMC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Hon. Maxine M. Chesney <br><br> Amended Complaint filed: May 24, 2010 |

The Court, having considered the parties' Stipulation and Request To Continue Case Management Conference, hereby ORDERS that the Case Management Conference on the Court calendar for July 16, 2010 is continued until ~~August 6~~ September 10, 2010 and a Joint Case Management Statement shall be filed on or before ~~July 30~~ September 3, 2010. Plaintiffs shall file their opposition to Defendant's Motion to Dismiss by July 19, 2010, and Defendant shall file its Reply Brief by July 27, 2010.

DATED: July 12, 2010

/s/ Charles R. Breyer for
_____
Honorable Maxine M. Chesney
United States District Judge

-1-