IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION _____/ | No. C-09-0350 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED/CONSOLIDATED CLASS ACTION COMPLAINT** |

Before the Court is defendant Citibank, N.A.'s "Motion to Dismiss Plaintiffs' Second Amended/Consolidated Class Action Complaint," filed June 23, 2010, as amended June 24, 2010. Plaintiffs David Levin, Gary Cohen, Marie Cohen, and Mark Winkler have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions and VACATES the hearing scheduled for August 6, 2010.

**IT IS SO ORDERED.**

Dated: August 3, 2010

MAXINE M. CHESNEY
United States District Judge