Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*
(Additional counsel appear on the signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CITIBANK HELOC REDUCTION LITIGATION** | Case No. C 09-0350 MMC<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Maxine M. Chesney<br><br>Amended Complaint filed: May 24, 2010 |

WHEREAS, a Case Management Conference is scheduled in this case for September 10, 2010 at 10:30 a.m. (Dkt. 104) and a Joint Case Management Statement is due to be filed on September 3, 2010;

WHEREAS, Defendant filed a Motion to Dismiss on June 24, 2010 (Dkt. 100) that has now been fully briefed;

WHEREAS, the Parties are scheduled to engage in private mediation with Judge Infante in this matter on September 22, 2010;

WHEREAS, in the interest of maximizing efficiency, the Parties wish to reschedule the Case Management Conference, depending on the Court's availability, to October 29, 2010, a date subsequent to the Parties' scheduled mediation;

-1-

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys of record, pursuant to Civil L.R. 16-2(e) and Civil. L.R. 7-12, that:

The Case Management Conference on the Court calendar for September 10, 2010 is continued until October 29, 2010 and a Joint Case Management Statement shall be filed on or before October 22, 2010.

IT IS SO STIPULATED.

DATED: August 24, 2010

MAYER BROWN LLP

By  /s/ Debra Bogo-Ernst
     Debra Bogo-Ernst
Attorneys for Defendant CITIBANK, N.A.

DATED: August 24, 2010

EDELSON MCGUIRE LLP

By  /s/ Sean Reis
     Sean Reis
Attorneys for Plaintiffs David Levin, Gary Cohen and Marie Cohen

DATED: August 24, 2010

HARRISON PATTERSON & O'CONNOR LLP

By  /s/ James R. Patterson
     James R. Patterson
Attorneys for Plaintiff Mark Winkler

**IT IS SO ORDERED**
[Signature]
Judge Maxine M. Chesney
*United States District Court, Northern District of California*

Dated: August 25, 2010