1  Lucia Nale (*pro hac vice*)
   Debra Bogo-Ernst (*pro hac vice*)
2  Mayer Brown LLP
   71 South Wacker Drive
3  Chicago, Illinois 60606
   (312) 701-7403
4  (312) 706-8474 (fax)
   lnale@mayerbrown.com
5  dernst@mayerbrown.com

6  *Attorneys for Defendant*, Citibank, N.A.

7  Michael J. McMorrow (*pro hac vice*)
   Evan M. Meyers (*pro hac vice*)
8  EDELSON MCGUIRE, LLC
   350 N. LaSalle Street, Suite 1300
9  Chicago, IL 60654
   Tel: (312) 589-6370
10 Fax: (312) 589-6378
   mmcmorrow@edelson.com
11 emeyers@edelson.com

12 *Attorneys for Plaintiffs*

13
   Additional Counsel of Record for Both Parties Appear on Signature Page
14

15
                    **IN THE UNITED STATES DISTRICT COURT**
16
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

18 **IN RE CITIBANK HELOC REDUCTION**          ) Case No. C-09-0350 MMC
                                               )
19 **LITIGATION**                              ) **STIPULATION TO EXTEND TIME TO**
                                               ) **ANSWER THIRD AMENDED**
20                                             ) **CONSOLIDATED COMPLAINT; AND**
                                               ) **[PROPOSED] ORDER THEREON**
21                                             ) .
                                               ) Judge:   Hon. Maxine M. Chesney
22                                             )
                                               )
23                                             )
                                               )
24                                             )
                                               )
25 _____

26

27

28
   _____
   STIPULATION TO EXTEND TIME TO ANSWER THIRD AMENDED CONSOLIDATED COMPLAINT; AND
                        [PROPOSED] ORDER THEREON; C-09-0350 MMC
   28834903

1 | Pursuant to Local Rules 6-2 and 7-12, the parties hereto, through their counsel of record,
2 | HEREBY STIPULATE AND AGREE AS FOLLOWS:

3 | 1. Plaintiffs filed their Third Amended Consolidated Complaint in this action on September 20, 2010.

4 | 2. Under the applicable rules, Defendant's response to the Third Amended Consolidated Complaint is due on Thursday, October 7, 2010.

5 | 3. Defendant's counsel requires additional time in which to prepare its answer to the Third Amended Consolidated Complaint. Plaintiffs' counsel are agreeing to grant additional time of one (1) week, through and including Thursday, October 14, 2010.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT Defendant's time to answer the Third Amended Consolidated Complaint is extended through and including **October 14, 2010.**

**SO AGREED**

/s/     Evan M. Meyers
**Attorneys for Plaintiffs**

Sean Reis
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
sreis@edelson.com

Jay Edelson
Michael McMorrow
Evan M. Meyers
Edelson McGuire LLP
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
jedelson@edelson.com
mmcmorrow@edelson.com
emeyers@edelson.com

James R. Patterson
Alisa A. Martin
Harrison Patterson & O'Connor LLP
402 West Broadway, 29th Floor
San Diego, CA  92101
jpatterson@hpclaw.com
amartin@hpclaw.com

1  David C. Parisi
2  Suzanne L. Havens Beckman
   Parisi & Havens LLP
3  15233 Valleyheart Drive
   Sherman Oaks, CA  91403
4  dparisi@parisihavens.com
   shavensbeckman@parisihavens.com
5
   Gene J. Stonebarger
6  Stonebarger Law, APC
   75 Iron Point Circle, Suite 145
7  Folsom, CA  95630
   gstongebarger@stonebargerlaw.com
8

9
   /s/     Debra Bogo-Ernst
10 **Attorneys for Defendants**

11

12 MAYER BROWN LLP
   Debra Bogo-Ernst (pro hac vice)
   Lucia Nale (pro hac vice)
13 71 South Wacker Drive
   Chicago, IL  60606
14 (312) 782-0600
   dernst@mayerbrown.com
15 lnale@mayerbrown.com

16
   Christopher Murphy, Esq. (SBN 120048)
17 Mayer Brown LLP
   350 South Grand Avenue, 25th Floor
18 Los Angeles, CA 90071
    (213) 229-9500
19 (213) 625-0248
   cmurphy@mayerbrown.com
20
                    [PROPOSED] ORDER
21
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
22

23 DATED:  October 6, 2010

24                                  _____
                                    United States District Judge
25

26

27

28
                                  2
   STIPULATION TO EXTEND TIME TO ANSWER THIRD AMENDED CONSOLIDATED COMPLAINT; AND
                    [PROPOSED] ORDER THEREON; C-09-0350 MMC
   28834903