Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com
*Attorneys for Plaintiffs*

Andrew S. Rosenman (SBN 253764)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
312-782-0600 (phone)
312-701-7711 (fax)
arosenman@mayerbrown.com
*Attorneys for Defendant* Citibank, N.A.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CITIBANK HELOC REDUCTION LITIGATION** | Case No. C 09-0350 MMC<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Maxine M. Chesney<br><br>Amended Complaint filed: September 20, 2010 |

The Court, having considered the Parties' Stipulation and Request to Continue Case Management Conference, hereby ORDERS that the Case Management Conference on the Court calendar for June 3, 2011 is continued to July 15, 2011, and a Joint Case Management Statement shall be filed on or before July 8, 2011.

DATED:  __May 24__ , 2011

_____
Honorable Maxine M. Chesney
United Stated District Judge