1  JAMES R. PATTERSON (211102)
   PATTERSON LAW GROUP, APC
2  402 W. Broadway, 29th Floor
   San Diego, CA 92101
3  Telephone:    (619) 398-4760
   Facsimile:    (619) 756-6991
4  jim@pattersonlawgroup.com

5  Attorneys for Plaintiff and the Class

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE CITIBANK HELOC REDUCTION     )   Case No. C-09-0350 MMC
                                        )
12 | LITIGATION                         )
                                        )   **NOTICE OF SUBSTITUTION OF**
13 |                                    )   **COUNSEL FOR PLAINTIFF AND**
                                        )   **[PROPOSED] ORDER**
14 |                                    )
                                        )
15 |                                    )
                                        )
16 |                                    )
                                        )
17 |                                    )

18

19 ///

20 ///

21

22

23

24

25

26

27

28

Notice of Substitution of Counsel            1                    Case No.: C-09-0350 MMC

1  TO THE COURT AND ALL PARTIES:

2  Please take notice that Plaintiff's lead counsel, James R. Patterson, is now associated with the
3  law firm of Patterson Law Group, APC, and enters an appearance in this action on behalf of that
4  firm. Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson &
5  O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and
6  should be removed from the Court's and the Parties' service lists.

7  We consent to this substitution and request that the Court approve same.

8  Dated:  June 22, 2011          Plaintiff  *Mark Winkler*

9
                                 By: _*Mark Winkley*_____
10                                       Plaintiff
11
    Dated:  June 22, 2011          PATTERSON LAW GROUP, APC
12
13                               By:  /s/ James R. Patterson
                                     James R. Patterson
14                                   Attorneys for Plaintiff

15  Dated:  June 22, 2011          HARRISON, PATTERSON & O'CONNOR, LLP
16
                                 By:  /s/ James R. Patterson
17                                   James R. Patterson
                                     Former Attorneys for Plaintiff
18
19
20
21
22
23
24
25  Dated: July 19, 2011



IT IS SO ORDERED
Judge Maxine M. Chesney

Notice of Substitution of Counsel                              2