| | |
|---|---|
| 1 | Sean Reis (SBN 184044) |
| 2 | EDELSON MCGUIRE LLP |
|   | 30021 Tomas Street, Suite 300 |
| 3 | Rancho Santa Margarita, CA 92688 |
|   | 949-459-2124 (phone) |
| 4 | 949-459-2123 (fax) |
|   | sreis@edelson.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | Case No. C 09-0350 MMC |
| | [**PROPOSED**] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| | Hon. Maxine M. Chesney |
| | Amended Complaint filed: September 20, 2010 |

The Court, having considered the parties' Stipulation and Request to Continue Case Management Conference, hereby ORDERS that the Case Management Conference on the Court calendar for October 21, 2011 is continued to December 2, 2011, and a Joint Case Management Statement shall be filed on or before November 23, 2011.

DATED: <u>October 18</u>, 2011

                                                  _____
                                                  Honorable Maxine M. Chesney
                                                  United Stated District Judge