Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | Case No. C 09-0350 MMC <br><br> [~~PROPOSED~~] ORDER STRIKING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE AND SETTING ~~DECEMBER 30, 2011 STATUS~~ JANUARY 13, 2012 STATUS CONFERENCE <br><br> Hon. Maxine M. Chesney <br><br> Amended Complaint filed: September 20, 2010 |

The Court, having considered the parties' Stipulation and Request to Strike the Case Management Conference, hereby ORDERS that the Case Management Conference on the Court calendar for December 2, 2011 is stricken, and a telephonic status ~~is set for December 30, 2011.~~ conference is set for January 13, 2012, at 10:30 a.m. A joint status conference statement shall be filed no later than January 6, 2012.

DATED:  November 29  , 2011

_____
Honorable Maxine M. Chesney
United Stated District Judge

[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO STRIKE CMC AND SET STATUS

Case No. C09-00350-MMC

-1-