Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*

LUCIA NALE (*pro hac vice*)
DEBRA BOGO-ERNST (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7403
(312) 706-8474 (fax)
lnale@mayerbrown.com
dernst@mayerbrown.com

*Attorneys for Defendant*, CITIBANK, N.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | CASE NO. C 09-0350 MMC<br><br>**JOINT STATUS CONFERENCE STATEMENT** ; ORDER CONTINUING STATUS CONFERENCE<br><br>**CLASS ACTION**<br><br>Complaint filed:   September 20, 2010<br>Judge:             Hon. Maxine M. Chesney<br>Telephonic Hearing:   Jan. 12, 2012 |

### JOINT STATUS CONFERENCE STATEMENT

On November 2, 2011, the Parties reached a settlement agreement in principle that resolves this putative nationwide class action during a telephonic conference with the mediator, the Honorable Edward Infante (Ret.). The Parties recognized that the settlement in principle would need to be memorialized in a written settlement agreement.

---

**JOINT STATUS CONFERENCE STATEMENT**
Case No. 09-cv-0350-MMC

Counsel for Plaintiffs sent settlement-related documents to Citibank's attorneys for their review and Citibank's execution. Citibank's counsel has not yet completed its review of the proposed settlement documents and needs time to consider the documents with their client and other third parties needed to consummate the settlement. This settlement raises numerous complex issues that must be considered and addressed by the Parties.

Accordingly, the Parties respectfully request that the Court set a status date in 30 days for the Parties to update the Court on the progress of finalizing the written agreement.

Dated: January 6, 2012

/s/ Sean P. Reis
[Plaintiffs' Counsel]

SEAN P. REIS - SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
(949) 459-2124
(949) 459-2123 (fax)
sreis@edelson.com

*Attorneys for Plaintiffs*
DAVID LEVIN, MARK WIKLER,
GARY COHEN and MARIE COHEN

Dated: January 6, 2012

/s/ DEBRA BOGO-ERNST
[Defendant's Counsel]

DEBRA BOGO-ERNST (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7403
(312) 706-8474 (fax)
dernst@mayerbrown.com

*Attorneys for Defendant*
Citibank, N.A.

ORDER

Good cause appearing, the telephonic status conference is hereby CONTINUED from January 13, 2012 to February 17, 2012, at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than February 10, 2012.

IT IS SO ORDERED.

Dated: January 9, 2012

_____
United States District Judge

JOINT STATUS CONFERENCE STATEMENT
Case No. 09-cv-0350-MMC

2