IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Citibank HELOC Reduction Litigation

CASE NO. 3:09-cv-00350-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

_____/

Steven Lezell Woodrow, whose business address and telephone number is

Edelson McGuire, LLC
999 18th Street, Suite 3000, Denver, CO 80202
(303) 357-4878

and who is an active member in good standing of the bar of states of Illinois and Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Levin and the Cohens

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 22, 2012

Honorable Maxine M. Chesney
United States District Judge