1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | No. C-09-0350 MMC<br><br>**ORDER VACATING FURTHER STATUS CONFERENCE** |

_____/

On August 31, 2012, plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement Agreement, which motion is scheduled to be heard on October 26, 2012.

Accordingly, in conformity with the Court's order issued at the July 27, 2012 Status Conference (see Civil Pretrial Minutes, filed July 27, 2012), the Further Status Conference currently scheduled for September 21, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  September 14, 2012

MAXINE M. CHESNEY
United States District Judge