Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Counsel for Plaintiffs and the putative class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE CITIBANK HELOC REDUCTION LITIGATION | Case No. 09-cv-0350 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE A FOURTH AMENDED COMPLAINT<br><br>~~Date:   September 21, 2012~~<br>Time:   9:00 am<br>Judge:  Hon. Maxine M. Chesney |
|---|---|

Having considered Plaintiffs' Motion for Leave to File a Fourth Amended Class Action Complaint, the Court hereby orders:

1. Plaintiffs shall be granted leave to file a Fourth Amended Class Action Complaint to effectuate the Parties' Settlement Agreement;

2. ~~Plaintiffs' Fourth Amended Complaint is filed *instanter*.~~  Plaintiffs shall file the Fourth Amended Class Action Complaint no later than October 31, 2012.

IT IS SO ORDERED, this  26th   day of  October       , 2012.

Entered:

*/s/ Maxine M. Chesney*
United States District Court Judge

[Proposed] Order Granting Leave to File a Fourth Amended Complaint
Case No. 09-cv-0350 MMC                         1