Sean P. Reis (SBN 184044)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
Email: sreis@edelson.com

Jay Edelson (Admitted *Pro Hac Vice*)
Steven L. Woodrow (Admitted *Pro Hac Vice*)
Evan Meyers (Admitted *Pro Hac Vice*)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: jedelson@edelson.com
Email: swoodrow@edelson.com
Email: emeyers@edelson.com

*Counsel for Plaintiffs and the Settlement Class*

[additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | No: 09-CV-0350-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD<br><br>The Honorable Maxine M. Chesney |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOT. LEAVE TO FILE AN OVERSIZED BRIEF IN SUPPORT OF PLAINTIFFS' MOT. FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD

CASE NO. 09-CV-0350-MMC

1  The Court has considered the Unopposed Administrative Motion of Plaintiffs David Levin,
2  Loren S. Siegel, Gary Cohen, Marie Cohen, Mark Winkler, and Jennie Lapointe for an Order
3  granting them leave to file a brief in support of their motion for award of reasonable attorneys' fees,
4  expenses and incentive award in excess of twenty-five (25) pages and the Declaration of Steven L.
5  Woodrow submitted therewith.

6  Good cause shown, the Court hereby ORDERS that Plaintiffs shall have leave to file a brief in
7  excess of 25 pages, and shall be permitted to file ~~a leave to file~~ a brief in support of their motion for
8  award of reasonable attorneys' fees, expenses and incentive award that is up to 31 pages in length.

9  **IT IS SO ORDERED.**

10
11  Dated this  25th  day of  January   , 2013.
12
13                                                    _____
                                                      HONORABLE MAXINE M. CHESNEY
                                                      UNITED STATES DISTRICT JUDGE