**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CITIBANK HELOC REDUCTION LITIGATION | No. 09-CV-0350-MMC<br><br>**CLASS ACTION**<br><br>**FINAL JUDGMENT OF DISMISSAL**<br><br>The Honorable Maxine M. Chesney |

Defendant Citibank, N.A. ("Defendant"), having settled with the Settlement Class and the Court having entered its Final Approval Order and directing entry of judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims of all members of the Settlement Class against Defendant, as defined in this Court's Final Approval Order, are dismissed with prejudice;

2. All claims of named plaintiffs, David Levin, Loren S. Siegel, Gary Cohen, Marie Cohen, Mark Winkler, and Jennie LaPointe against Defendant are dismissed with prejudice;

3. Notwithstanding the dismissal of claims in the preceding paragraphs, the Court shall retain jurisdiction over the construction, interpretation, implementation and enforcement of the Settlement Agreement and to supervise and to adjudicate any disputes arising from the disbursement of settlement benefits; and

4. All members of the Settlement Class, as defined in this Court's Final Approval Order, are bound by the Release of Claims set forth in the parties' Settlement Agreement and are

1 hereby permanently enjoined and restrained from filing or prosecuting any Released Claim against
2 any Released Party as those terms are defined in the Parties' Settlement Agreement.
3     THUS DONE AND SIGNED THIS 18th DAY OF MARCH 2013 AT SAN FRANCISCO,
4 CALIFORNIA.

_____
JUDGE MAXINE CHESNEY